IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AIM VENTURA CAPITAL FUND, LLC, and AIM VENTURA CO-INVEST I, LLC, | § § § § | |
| Intervenor-Plaintiffs Below, Appellants, | § § § | No. 393, 2025 |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware |
| GABB WIRELESS, INC., | § § § | C.A. No. 2025-0136 |
| Defendant-In-Intervention Below, Appellees, and, | § § § § | |
| STEPHEN DALBY and JANA DALBY, | § § | |
| Plaintiffs Below, Appellees. | § § § | |

Submitted: April 22, 2026
Decided: May 13, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR**, **LEGROW**, **GRIFFITHS**, Justices; and **MILLER**, Judge,[1] constituting the *Court en Banc*.

**ORDER**

This 13th day of May, 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated August 29, 2025; the

---

[1] Sitting by designation under Del. Const. art. IV, § 12 and Supreme Court Rules 2(a) and 4(a) to complete the quorum.

1

Implementing Order dated September 9, 2025; the transcript ruling and Order granting the Dalbys' Petition for Attorneys' Fees, Costs, and Expenses dated November 6, 2025; and the Order and Final Judgment dated November 19, 2025. The appellees' Motion to Dismiss the appeal of the Court of Chancery's specific-performance ruling is denied as moot. The appellees' Motion for Appellate Attorneys' Fees, Costs, and Expenses is denied without prejudice to their right to pursue that claim in the Court of Chancery.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice